IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 9:25-cv-80407 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL E. SENAT, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, the United States of America, complains and alleges as follows:

1. The United States brings this action to recover Defendant Paul Senat's unpaid federal income tax liabilities for 2011 and 2012 and a civil penalty assessed against him under 26 U.S.C. § 6695(g) for 2013.

2. Pursuant to 26 U.S.C. §§ 7401 and 7402, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, authorized and requested this action. This action is brought at the direction of the United States Attorney General under the authority of 26 U.S.C. § 7401.

JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340 and 1345, as well as 26 U.S.C. § 7402(a).

1

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the federal tax liabilities at issue accrued and continue to accrue in this district.

## DEFENDANT

5. Senat owned and operated a tax return preparation business in Palm Beach County from at least 2012 through 2016.

6. On March 5, 2019, a federal grand jury sitting in the Southern District of Florida returned an indictment charging Senat with one count of fraudulent endorsement of a Treasury check (18 U.S.C. § 510(a)(2)), one count of theft of government funds (18 U.S.C. § 641), one count of aggravated identity theft (18 U.S.C. § 1028A(a)(1)), and twelve counts of aiding and assisting in the preparation of false tax returns (26 U.S.C. § 7206(2) and 18 U.S.C. § 2). *See United States v. Senat*, 9:19-cr-80024-RLR (S.D. Fla.), ECF No. 1.

7. On November 6, 2019, a jury found Senat guilty of one count of theft of government funds over $1,000 (18 U.S.C. § 641) and nine counts of aiding and assisting in the preparation of false tax returns (26 U.S.C. § 7206(2)). *See id.* at ECF Nos. 103, 133.

8. On February 21, 2020, Senat was adjudged guilty of the above counts and sentenced to 90 months in federal prison, three years of supervised release, criminal monetary restitution totaling $9,779.84, and $44,011.79 in restitution to the IRS. *See id.* at ECF No. 133.

9. Senat was ordered to "cooperate fully with the [IRS] in determining and paying any tax liabilities" and "pay all taxes, interest, and penalties due and owing by him…to the [IRS]." *Id.* at p.4.

10. Senat was barred from preparing tax returns except with permission from the court. *See id.*

11. Senat's conviction was affirmed on appeal. *See United States v. Senat*, 20-10777 (11th Cir.), ECF No. 39.

**Count I – Judgment for Unpaid Income Tax Liabilities for 2011**

12. The United States reasserts the allegations in paragraphs 1 through 11.

13. Senat was required to file a federal income tax return for 2011 but failed to do so.

14. Through an examination, the IRS determined Senat's federal income tax liability for 2011 based on income, filing status, deductions, credits, and Information Return Documents filed by taxpayers as reported under his Social Security number.

15. On the following dates and in the following amounts, a delegate of the Secretary of the Treasury assessed the following federal income tax liabilities against Senat:

| Tax Year | Assessment Date | Amount | Type of Assessment | Balance Due* |
|---|---|---|---|---|
| 2011 | March 30, 2015 | $22,956.00 | Additional tax assessed – by examination | $58,374.66 |
| | | $5,165.10 | Late filing penalty | |
| | | $4,132.08 | Late payment penalty | |
| | | $2,605.95 | Interest | |
| Total Outstanding Balance | | | | $58,374.66 |

* As of March 28, 2025. Balance due reflects further interest and statutory additions as allowed by law less any credits, including for payments received.

16. A delegate of the Secretary of the Treasury, in accordance with the internal revenue laws, gave written notice to Senat of the assessments described in paragraph 15 and demanded payment.

17. Despite the notice of assessment and demand for payment, Senat has refused or neglected to pay all the assessed tax liabilities, or the interest and penalties that have accrued, as described in paragraph 15.

18. On September 1, 2023, and February 4, 2025, delegates of the Secretary of the Treasury recorded and refiled a Notice of Federal Tax Lien

against Senat for his unpaid federal income tax liabilities for the tax period ending on December 31, 2011, with the County Courthouse in Palm Beach County, Florida.

19. As of March 28, 2025, Senat owes the United States the sum of $58,374.66, plus fees and statutory additions thereon as provided by law, for unpaid federal income tax liabilities for tax year 2011.

**Count II – Judgment for Unpaid Income Tax Liabilities for 2012**

20. The United States reasserts the allegations in paragraphs 1 through 11.

21. Senat was required to timely file a federal income tax return for 2012 but submitted it late.

22. Through an examination, the IRS adjusted Senat's federal income tax liability for 2012 based on income, filing status, deductions, credits, and Information Return Documents filed by taxpayers as reported under his Social Security number.

23. On the following dates and in the following amounts, a delegate of the Secretary of the Treasury assessed the following federal income tax liabilities against Senat:

| Tax Year | Assessment Date | Amount | Type of Assessment | Balance Due* |
|---|---|---|---|---|
| 2012 | November 25, 2013 | $921.00 | Return filed late; tax assessed | $61,442.96 |
| | July 6, 2015 | $21,942.00 | Additional tax assessed – by examination | |
| | | $5,715.75 | Late filing penalty | |
| | | $87.49 | Late payment penalty | |
| | | $2,194.42 | Interest | |
| Total Outstanding Balance | | | | $61,442.96 |

\* As of March 28, 2025. Balance due reflects further interest and statutory additions as allowed by law less any credits, including for payments received.

24. A delegate of the Secretary of the Treasury, in accordance with the internal revenue laws, gave written notice to Senat of the assessments described in paragraph 23 and demanded payment.

25. Despite the notice of assessment and demand for payment, Senat has refused or neglected to pay all the assessed tax liabilities, or the interest and penalties that have accrued, as described in paragraph 23.

26. On September 1, 2023, and February 4, 2025, delegates of the Secretary of the Treasury recorded and refiled a Notice of Federal Tax Lien against Senat for his unpaid federal income tax liabilities for the tax period ending

on December 31, 2012, with the County Courthouse in Palm Beach County, Florida.

27. As of March 28, 2025, Senat owes the United States the sum of $61,442.96, plus fees and statutory additions thereon as provided by law, for unpaid federal income tax liabilities for tax year 2012.

### Count III – Judgment for Civil Penalty for 2013

28. The United States reasserts the allegations in paragraphs 1 through 11.

29. Under 26 U.S.C. § 6695(g), the IRS may assess a return preparer $500 for each failure to comply with due diligence requirements to confirm a taxpayer's eligibility to file as head of household or claim a credit under 26 U.S.C. §§ 24 (child tax credit), 25(a)(1) (mortgage interest tax credit), or 32 (earned income tax credit).

30. Senat failed at least ten times to comply with his due diligence requirements as a return preparer to confirm his customers' eligibility for the statuses or credits described in paragraph 29.

31. On April 4, 2016, a delegate of the Secretary of the Treasury assessed a penalty of $5,000 against Senat under 26 U.S.C. § 6695(g) for the tax period ending on December 31, 2013.

32. A delegate of the Secretary of the Treasury, in accordance with the internal revenue laws, gave written notice to Senat of the assessment described in paragraph 31 and demanded payment.

33. Despite the notice of assessment and demand for payment, Senat has refused or neglected to pay the assessed liability, or the interest that has accrued, as described in paragraph 31.

34. On March 3, 2025, a delegate of the Secretary of the Treasury recorded a Notice of Federal Tax Lien against Senat for his unpaid civil penalty for the tax period ending on December 31, 2013, with the County Courthouse in Palm Beach County, Florida.

35. As of March 28, 2025, Senat owes the United States the sum of $7,891.31, plus fees and statutory additions thereon as provided by law, for an unpaid civil penalty for tax year 2013.

WHEREFORE, the United States of America respectfully requests that this Court grant the following relief:

> A. That, with respect to Count I, the Court enter judgment for the United States and against Paul E. Senat in the amount of $58,374.66 as of March 28, 2025, plus further interest and statutory additions thereon as allowed by law, for unpaid federal income tax liabilities for tax year 2011;

B. That, with respect to Count II, the Court enter judgment for the United States and against Paul E. Senat in the amount of $61,442.96 as of March 28, 2025, plus further interest and statutory additions thereon as allowed by law, for unpaid federal income tax liabilities for tax year 2012;

C. That, with respect to Count III, the Court enter judgment for the United States and against Paul E. Senat in the amount of $7,891.31 as of March 28, 2025, plus further interest and statutory additions thereon as allowed by law, for an unpaid civil penalty for tax year 2013; and

D. That the Court grant the United States such other and further relief, including costs, as it deems just and proper.

Dated:     March 28, 2025

Respectfully Submitted,

**Andrew J. Weisberg**
Andrew J. Weisberg (#A5502718)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-616-3884 (v)
202-514-4963 (f)
Andrew.J.Weisberg@usdoj.gov

*Of Counsel:*
HAYDEN O'BYRNE
United States Attorney
Southern District of Florida

## CERTIFICATE OF COMPLIANCE

I certify that, in accordance with Local Rule 5.1, this document is in Calisto MT font, size 13.

Date: March 28, 2025

/s/ *Andrew J. Weisberg*
ANDREW J. WEISBERG
Trial Attorney
U.S. Dept. of Justice, Tax Division